```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILMA HALL,                        :    CIVIL ACTION
                                   :    NO. 08-6047
          Plaintiff,               :
                                   :
     v.                            :
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of the                :
Social Security                    :
Administration,                    :
                                   :
          Defendant.               :
```

## **O R D E R**

**AND NOW**, this **11th** day of **January, 2010,** after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (doc. no. 12), Defendant's Objections thereto (doc. no. 13), and Plaintiff's Reply thereto (doc. no. 14), it is hereby **ORDERED** for the reasons provided in the accompanying Memorandum that:

    1.   The Report and Recommendation (doc. no. 12) is **APPROVED** and **ADOPTED**;

    2.   Defendant's Objections to the Report and Recommendation (doc. no. 13) are **OVERRULED**;

    3.   Plaintiff's Motion for Summary Judgment (doc. no. 8) is **DENIED**;

    4.   Plaintiff's Motion for Remand (doc. no. 8) is

**GRANTED**;

5. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED;** and

6. The matter shall be **REMANDED** to the Commission for a decision consistent with the Court's opinion.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**